FILED
2016 Oct-19  PM 04:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# SOUTHERN DIVISION

|  |  |
|---|---|
| Mercutio Terrell Southall, Sr. <br> Carlos Montez Chaverst, Jr. <br>       Plaintiffs <br> v. <br><br> Birmingham Jefferson Convention Center, <br> Donald J. Trump for President, Inc. <br> Fictitious Defendants 1-15 <br>       Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No: <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

# COMPLAINT

COME NOW, Mercutio Terrell Southall, Sr. ("Southall") and Carlos Montez Chaverst, Jr. ("Chaverst"), (hereinafter, collectively, referred to as "Plaintiffs") by and through their undersigned attorney, Richard A. Rice, complaining of Birmingham Jefferson Convention Center ("BJCC"), Donald J. Trump for President, Inc. ("Trump"), (hereinafter, collectively, referred to as "Defendants"), would respectfully show unto the Court the following:

1

1. The Plaintiff, Mercutio Terrell Southall, is a citizen of the State of Alabama, residing at Jefferson County and within the jurisdiction of the Northern District of Alabama.

2. The Plaintiff, Carlos Montez Chaverst, Jr., is a citizen of the State of Alabama, residing at Jefferson County and within the jurisdiction of the Northern District of Alabama.

3. The Defendant, Birmingham Jefferson Convention Center, ("BJCC") is a corporation incorporated under the laws of the State of Alabama and has its principal place of business in the jurisdiction of this Court. The BJCC is owned, in part, by the City of Birmingham which is a municipal corporation organized under the laws of the State of Alabama.

4. The Defendant, Donald J. Trump for President, Inc., is a foreign corporate entity and has, at all times relevant to this action, operated in the jurisdiction of the Northern District.

5. The Fictitious Defendants 1-15 are not now known to the Plaintiffs and will be identified upon further investigation and discovery.

6. The jurisdiction of this Court attaches under 28 U.S.C. § 1332(a)(1), in that the amount in controversy is in excess of Seventy-Five Thousand and No/100 Dollars, exclusive of interest and costs, and the

parties are citizens of different states and 28 U.S.C §§1331, 1343, and further, your Plaintiffs invoke the doctrine of pendent jurisdiction.

7. Venue is proper in the Northern District, of Alabama Southern Division, under 28 U.S.C. § 1391(c), in that the defendant corporation is presently, and was at the time of the incident, made the basis of this lawsuit doing business in Jefferson County, Alabama and the Northern District of Alabama.

8. Plaintiff brings this suit to recover for personal injuries sustained by the Plaintiffs as a result of an unreasonably dangerous condition on Defendant's property, specifically plaintiffs were assaulted and beaten by an angry mob that had been incited by Donald J. Trump, the Republican Nominee for the Office of President of the United States. Plaintiffs' hereby file claims for violations of constitutionally protected rights, premises liability negligence, assault, and breach of contract.

9. That there exists video and audio evidence of the incident made the basis of this suit evidencing the allegations hereby presented in the Plaintiffs' complaint. Said video and audio have been viewed by people all over the globe via social media and the world wide web as a

representation of what type of behavior and political discourse is tolerable here in Birmingham, Alabama.[1]

10. The actions of the Defendant(s) deprived Plaintiffs of the following rights, privileges, and immunities secured to each of them by the Constitution of the United States:

   a. The right of the Plaintiff to be secure in his person and effects under the Fourth and Fourteenth Amendments of the Constitution of the United States;

   b. The right of Plaintiff to be deprived of life, liberty, or property without due process of law, and the right to the equal protection of the laws, secured by the Fourteenth Amendment to the Constitution of the United States.

11. The city of Birmingham has had a painful and ugly history in terms of its treatment of black people. This fact is well documented and still evident given the stringent racial and economic segregation that exists to this very day.[2]

12. For the purposes of demonstrating the emotional, psychological impact of the actions and omissions alleged herein the undersigned will briefly highlight portions of said historical treatment of black

---

[1] https://www.youtube.com/watch?v=0eYTpzz6pxs
[2] http://viz.edbuild.org/maps/2016/fault-lines/

4

people. We are not limited by our past but we must face it with an objective lens to move forward and once again seek social cohesion and become a world leader in our collective defense of human rights.

13. It is well documented that Birmingham was referred to as "Bombingham" because of the large number of homes and churches owned by blacks that there bombed.[3]

14. The 1963 bombing of the 16th Street Baptist Church galvanized the nation and showed the world the brutality which black people were experiencing.[4] It is shocking to see that at a rally at the BJCC, a publicly funded facility, black residents were brutally attacked by a white mob.

15. Today, Birmingham is a 74% black city with a poverty rate of over 30% for all households and that number approaches 50% for single parent households.[5]

16. To be clear, both bombings and poverty are varying forms of violence committed by humans against the human race.

17. However, on the date in question, Trump held a campaign rally at the Birmingham Jefferson County Civic Center, located in the heart of

---

[3] http://www.npr.org/sections/codeswitch/2013/09/18/221790880/50-years-later-birmingham-is-still-subtly-divided
[4] http://www.history.com/topics/black-history/civil-rights-movement/videos/bombing-of-the-16th-street-baptist-church
[5] http://www.census.gov/quickfacts/table/PST045215/0107000

downtown's newly developed "Uptown" district. As stated herein and above on that day, several Birmingham residents went to a Donald Trump rally and they were assaulted and beaten by several angry Trump supporters. At the time of the attack, the actions were already becoming a very disturbing trend among the Trump faithful. Trump, on video, has repeatedly incited his supporters to violence and has even offered to pay attorney's fees in their defense.[6]

18. The footage of the attack is a reflection of Birmingham's ugly racist past. A past where blacks were routinely set upon and beaten by angry mobs.

19. On one hand, the Trump campaign has designated and publicized a formal mantra for the Republican National Committee and their followers, "Make America Great Again" and on the other we see a spirit of promoting physical violence and hate represented in campaign statements by Trump as listed below. To be certain, the undersigned has intentionally listed the respective Trump quotes with the overall campaign mantra immediately following as well.[7]

   a. "Knock the crap out of him, would you? Seriously."

---

[6] http://www.nytimes.com/politics/first-draft/2016/03/13/donald-trump-says-he-may-pay-legal-fees-of-accused-attacker/?_r=0

[7] http://www.dailynewsbin.com/news/secret-service-had-to-protect-msnbcs-katy-tur-after-donald-trump-incited-crowd-against-her/25605/

6

      i. Make America Great Again.

b. [Trump in reference to a demonstrator] "Get em out, Get them out of here."

      i. Make America Great Again.

c. "In the good old days, this doesn't happen. Because they used to treat them very very rough, because when they protested once they wouldn't do it again so easily."

      i. Make America Great Again.

d. [Trump in reference to a demonstrator] "I'd like to punch them in the face, I tell you."

      i. Make America Great Again

e. "I love the old days. Do you know what they used to do to guys like that in a place like this? They'd be carried out on a stretcher, folks."

      i. Make America Great Again.

f. "In the good old days they'd rip him out of that seat so fast."

      i. Make America Great Again.

g. "In the good old days, law enforcement acted a lot quicker than this. A lot quicker."

      i. Make America Great Again.

    h. "I am the law and order candidate."

        i. Make America Great Again.

20. The BJCC and the Trump campaign must he held responsible for failing to provide the required leadership during the Donald Trump rally and the required security. Moreover, Trump's intentional acts of inciting violence cannot be allowed from anyone much less a candidate for the Presidency of the United States.

21. The black citizens who attended the rally were exercising their rights under the US Constitution. Like their counterparts from the 50's and 60's, "the blacks" that attended the Trump rally were attacked and beaten.

22. Your Plaintiffs are seeking judgment that orders the BJCC/The City of Birmingham and the Trump campaign to pay for damages, institute new procedures for security and issue a public apology to those who attended the rally in question and to the residents of Birmingham.

23. Publicly funded institutions, such as the BJCC, and the boards that oversee their activities are to be made to adhere to a standard that insures everyone is treated fairly and with respect.

24. The Plaintiffs assert that one should not be brutally attacked while attending events at BJCC. On May 2, 1963, teen-agers and children, some as young as six, marched in Birmingham to protest segregation.[8]

25. Plaintiffs' as members of a group organized by Mark Myles, a well-known regional-organizer for livable wages, obtained tickets from an online vendor to attend a political rally organized by the Donald F. Trump for President, Inc. and hosted by the Birmingham Jefferson County Convention Center.

26. Mark Myles, and your Plaintiff Mercutio Southall, arrived at the event early and waited in line to enter the BJCC.

27. Shortly after their arrival, there was an extended line of other attendees.

28. Your Plaintiff, Southall, and Mark Myles spoke with a reporter who asked them if they were uncomfortable due to some of the hate speech and racially charged commentary.

29. Prior to entering the BJCC, Mark Myles left the event, and Alecha Irby, a Miles College student and local activist, entered a security area with your Plaintiff, Southall.

---

[8] "**The Birmingham Children's Crusade of 1963**"
http://www.biography.com/news/black-history-birmingham-childrens-crusade-1963-video

30. As Irby, and Southall, entered the BJCC they noticed several Birmingham Police Department Police Officers who appeared to recognize Southall and/or Irby.

31. Your Plaintiff, Southall and Irby, moved through the crowd, talking to a few people, trying to get closer to the stage prior to the political rally starting.

32. Shortly after this time, Donald Trump, Republican Nominee for the office of President of the United States of America walked out onto the stage.

33. At this time, your second Plaintiff, Carlos Chaverst, an employee of the City of Birmingham and local activist, entered the BJCC and made contact with Irby and your Plaintiff, Southall.

34. Your Plaintiff, Carlos Chaverst, held his cellular phone up over the crowd in order to record video footage of the event while speaking in a conversational tone with a non-threatening and non-animated manner. Your Plaintiff, Chaverst, while recording, stated "we're at the Donald Trump rally, here in Birmingham Alabama, and we want to inform Donald Trump he's not welcome here. We need to dump the Trump" and his hate speech and divisive rhetoric.

35. Immediately at this time and without provocation, a white male, 6'1", 220-230, balding, red hair, with freckles, slaps the phone out of your Plaintiff Chaverst's hand.

36. Your Plaintiff, Chaverst, responded by saying do not touch my phone.

37. The unidentified man described above responded with obscenities and referred to your Plaintiff, Chaverst as "boy" and stated he could do whatever he wished to someone like your Plaintiff.

38. At this time, your Plaintiff, Southall, a former City of Birmingham police academy cadet and professional security guard, approached Chaverst and the unidentified man and protectively pushed Chaverst away from what Southall perceived to be an immediate threat of harm and further assault to Chaverst. Your Plaintiff, Southall is large man (6'2" 270lbs) and did not at that time feel as threatened by the unidentified Trump supporter.

39. There again, your Plaintiff, Mercutio Southall grabbed the back of your Plaintiff, Chaverst's belt, and also took Irby's hand, and then began to attempt to safely move "his group" through the menacing crowd chanting "Black Lives Matter" in response to the aggression they were receiving and the chants of "All Lives Matter".

40. At this time, more of the crowd, obvious Trump supporters, started shoving and becoming more aggressive toward your Plaintiffs. There was kicking, pushing and yelling of racial slurs and other obscenities. The crowd, obvious supporters of Trump and his divisive and hateful rhetoric, responded increasingly with more aggression with racial slurs and hateful insults.

41. During this exchange, Carlos Chaverst was being jostled violently and aggressively by the crowd and couldn't continue to move forward and he along with Irby were being forcefully separated from Southall.

42. At this time, your plaintiff, Mercutio Southall moved to the front of "his group" and protectively placed, your plaintiff, Carlos Chaverst, and Irby behind him.

43. Meanwhile a female, Trump supporter, approached, your plaintiffs, and began sarcastically shouting "Excuse me" but made no effort to physically move her body from blocking your Plaintiffs' exit to a more secure location. The unidentified Trump supporter repeatedly repositioned herself to stand directly in the pathway of your plaintiffs and blocked their way, intentionally moving each time they tried to avoid her.

44. The violent melee and racial commentary ensued. The crowd was pushing, shoving and intentionally blocking your Plaintiffs pathway. Donald F. Trump, Republican nominee for the office of President of the United States, at some point, took notice of the incident described herein and began to use incendiary language that further incited the crowd to acts of violence and use of racially charged hate speech.

45. Now, your Plaintiff, Mercutio Southall, turned to look over his right shoulder and then his left, to check the status of "his group" and he did not see Plaintiff, Carlos Chaverst, nor did he see Alecha Irby due to the size of the crowd and the level of violence of the Trump led melee - pushing, shoving, and yelling of racial slurs and insults.

46. The melee was in full force at this time and your Plaintiff, Mercutio Southall was violently pushed against a chair and almost knocked over. At this time, your Plaintiff, Southall, was alone in a violent crowd being led by Donald F. Trump. Southall attempted to defend himself but was unable against so many demonstrated racists and at this time he was forcefully shoved to the ground. Your Plaintiff, Southall, was then kicked, choked, shoved, punched, scratched and referred to as nearly every racial slur known. Your plaintiff again pushed the mob back but he was substantially out numbered.  Each

13

time Plaintiff attempted to extricate himself from the assault and onslaught of physical violence, the size of the crowd pushing him overwhelmed Southall and knocked him over back onto the ground.

47. An unidentified woman kicked your Plaintiff, Southall, in the chest.

48. An unidentified man kicked your Plaintiff, Southall, in the abdomen and stomach.

49. An unidentified person, violently and with the intent to cause severe injury, grabbed your plaintiff by the neck to choke him while another twisted your plaintiff's ankle.

50. After what seemed like an eternity a police officer with the Birmingham Police Department began to attempt to stop the melee. Meanwhile, Donald F. Trump, Republican nominee for the office of President of the United States of America, is continuously yelling "get him the hell out of here" and making other incendiary statements further inciting the violent melee to continue.

51. The foregoing events, occurring on or about October 13, 2015 in Birmingham, Alabama have been well documented on video and have been viewed across the globe. Moreover, the events represent a larger pattern of violence and hateful rhetoric occurring at many Trump events across this nation.

14

## FIRST CLAIM - NEGLIGENCE – PREMISES LIABILITY

52. At the time and on the occasion in question, Plaintiffs Southall and Chaverst, were invitees on Defendant's property having gone there for the purpose of exercising a constitutionally protected right to free speech and to learn more about the candidate's policy platform, if any.

53. Defendant knew, or in the exercise of ordinary care, should have known of the unreasonably dangerous condition and neither corrected nor warned the Plaintiffs of it. Your Plaintiffs did not have any knowledge of the dangerous condition and could not reasonably have been expected to discover it. Plaintiffs reasonably believe there would be adequate security provided during the event. Defendant's failure to correct the condition or to warn Plaintiffs constituted negligence, and such negligence was a proximate cause of the occurrence in question and the Plaintiffs' resulting injuries. Plaintiffs' conduct at the time in question was at all times reasonable and prudent, and nothing about Plaintiffs' conduct caused or contributed to this incident.

54. As a result of the occurrence described above, the Plaintiff, Southall, suffered severe personal injuries including lacerations to his face, head and neck, concussion, bruises to his back and torso areas and emotional distress. Some of such injures are, in reasonable

Case 2:16-cv-01687-JEO   Document 1   Filed 10/17/16   Page 16 of 20

probability, permanent in nature. The plaintiff has suffered great physical pain and mental anguish due to such injuries in the past, and, in reasonable probability, will continue to suffer such pain and anguish in the future.

55. As a result of the occurrence described above, the Plaintiff, Chaverest, suffered severe personal injuries including bruising and emotional distress. Some of such injures are, in reasonable probability, permanent in nature. The plaintiff has suffered great physical pain and mental anguish due to such injuries in the past, and, in reasonable probability, will continue to suffer such pain and anguish in the future.

56. As a result of such injuries, the Plaintiffs have been physically and psychologically impaired and disfigured and continue to be so impaired and disfigured in the future.

57. As a further result of the injuries described above, the plaintiff has incurred medical expenses and, in reasonable probability, will continue to incur such expenses in the future.

58. As a further result of the injuries described above, the Plaintiffs have suffered a loss of earning and earning capacity and, in reasonable probability, will continue to suffer such loss in the future.

16

59. As a result of the personal injuries and economic damages set out in the foregoing paragraphs, the Plaintiffs Southall and Chaverst, have been damaged in the sum of at least One Million and No/1000 Dollars ($1,000,000).

## SECOND CLAIM - BREACH OF CONTRACT

60. All paragraphs of this complaint are incorporated herein as if fully restated.

61. Defendants are obligated by contract and common law to act in good faith and to deal fairly with each person in attendance for the campaign rally in question.

62. Defendants repeatedly breached their duties by:

    a. Failing to comply with constitutionally protected rights and public safety regulations regarding crowd control

    b. Failing to properly supervise their agents and employees including, without limitation its security and crowd control policies and procedures.

63. Your plaintiffs, in purchasing and or obtaining a ticket to attend the political rally in question, entered into a contractual agreement with each Defendant. Defendants had a contractual duty to Plaintiffs to provide a reasonably safe venue and should have foreseen the type of

17

harm suffered by your Plaintiffs. However, the acts and omissions of the named Defendants were made with conscious disregard of the health and safety of plaintiffs thus entitling plaintiffs to punitive damages in an amount appropriate to punish or set an example of defendants.

64. Plaintiffs' claim all damages allowed under law.

### THIRD CLAIM – VIOLATION OF CONSTITUTIONAL RIGHTS

65. All paragraphs of this complaint are incorporated herein as if fully restated.

66. That there exists video and audio evidence of the incident made the basis of this suit.

67. The actions of the Defendant(s) deprived Plaintiffs of the following rights, privileges, and immunities secured to him by the Constitution of the United States:

   a. The right of the Plaintiff to be secure in his person and effects against excessive use of force under the Fourth and Fourteenth Amendments of the Constitution of the United States;

b. The right of Plaintiff to be deprived of life, liberty, or property without due process of law, and the right to the equal protection of the laws, secured by the Fourteenth Amendment to the Constitution of the United States.

68. That as a result of the BJCC/City of Birmingham and the Trump campaign's acts, negligence, and/or wantonness of its employees, agents, and/or servants, Mercutio Terrell's and Carlos Chaverst's constitutional rights, were violated which was the proximate cause of the actions of the Defendants of this suit, and therefore Plaintiffs' claim compensatory and punitive damages as to be assessed by a jury.

69. Plaintiffs' claims all damages allowed under law.

WHEREFORE, Plaintiffs pray that the Defendants be cited to appear and answer herein and that upon a trial of this cause, Plaintiffs recover judgment against the Defendant for the sum of at least One Million and No/100 Dollars ($1,000,000), for interest thereon at the legal rate until paid, prejudgment interest as allowed by law, costs of the Court and general relief.

Respectfully Submitted,

/s/ Richard A. Rice

Richard A. Rice
The Rice Firm, LLC
420 20th Street North
Birmingham, Alabama 35203
Suite 2200
(205) 618-8733 ext. 101

**PLAINTIFFS DEMAND A TRIAL BY JURY**